Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | **Natural Fountains Properties, Inc.** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 7 4 – 1 2 6 1 4 1 4 |

**4. Debtor's address**

**Principal place of business**

**2689 Highway 39**
Number        Street

**Hunt, TX 78024-3412**
City                          State      ZIP Code

**Kerr**
County

**Mailing address, if different from principal place of business**

Number        Street

City                          State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                          State      ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Natural Fountains Properties, Inc.**

Name

Case number *(if known)*

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* |

❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❑ Railroad (as defined in 11 U.S.C. §101(44))

❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))

❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))

❑ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

❑ Tax-exempt entity (as described in 26 U.S.C. §501)

❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
**7   2   1   2**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

❑ Chapter 7

❑ Chapter 9

☑ Chapter 11. *Check all that apply:*

　❑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

　❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　❑ A plan is being filed with this petition.

　❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❑ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

❑ Yes. District _____ When _____ Case number _____
　　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　　District _____ When _____ Case number _____
　　　　　　　　　　　　　　　　　　MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

❑ No

☑ Yes. Debtor  **See attached Schedule 1**　　　Relationship **See attached Schedule 1**

　　　District **Southern District of Texas**　　　When **6/24/2026**
　　　　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　Case number, if known _____

Official Form 201　　　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　　　page **2**

Debtor   **Natural Fountains Properties, Inc.**                                    Case number *(if known)* _____
          Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐   It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

_____

☐   It needs to be physically secured or protected from the weather.

☐   It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐   Other _____

**Where is the property?** _____

Number          Street

_____

_____     _____   _____

City                                                State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes.     Insurance agency   _____

Contact name    _____

Phone              _____

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49   ☐ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000

☐ 100-199   ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000   ☐ $1,000,001-$10 million   ☐ $500,000,001-$1 billion

☐ $50,001-$100,000   ☑ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion

☐ $100,001-$500,000   ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion

☐ $500,001-$1 million   ☐ $100,000,001-$500 million   ☐ More than $50 billion

Debtor   __Natural Fountains Properties, Inc.__    Case number *(if known)* _____
         Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING --    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    06/24/2026
               MM/  DD/  YYYY

X   /s/ Edward S. Eastland                          **Edward S. Eastland**
    Signature of authorized representative of debtor    Printed name

Title _____**Director**_____

**18. Signature of attorney**

X   /s/ Martin Sosland              Date   **06/24/2026**
    Signature of attorney for debtor          MM/  DD/  YYYY

**Martin Sosland**
Printed name

**Vartabedian Katz Hester & Haynes LLP**
Firm name

**2200 Ross Ave. Ste. 4200W**
Number        Street

**Dallas**                          **TX**        **75201**
City                                State      ZIP Code

**(469) 654-1340**                  **martin.sosland@vkhh.com**
Contact phone                       Email address

**18855645**                        **TX**
Bar number                          State

## SCHEDULE 1

### Affiliated Entities

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed in the United States Bankruptcy Court for the Southern District of Texas a petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532.

|   | Entity Name | Federal Employee Identification Number (EIN) |
|---|---|---|
| 1 | Camp Mystic, LLC | 74-2884064 |
| 2 | Natural Fountains Properties, Inc. | 74-1261414 |
| 3 | Mystic Camps Family Partnership, Ltd. | 87-3459861 |
| 4 | Mystic Camps Management, LLC | 87-3459688 |

## RESOLUTIONS OF NATURAL FOUNTAINS PROPERTIES, INC.

The undersigned, being all Directors of Natural Fountains Properties, Inc. (herein, the "**Directors**"), a Texas corporation (herein, the "**Company**"), hereby adopt the following resolutions by unanimous written consent pursuant to Article Nine, Section B, of the Amended & Restated Bylaws of the Company:

WHEREAS the Company has determined that it is in its best interest to file a voluntary petition for relief under chapter 11 of title 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (herein, the "**Code**");

NOW, THEREFORE, IT IS HEREBY:

RESOLVED, that the Company is authorized, directed, and empowered to file a voluntary petition for relief pursuant to chapter 11 of the Code and to perform all acts that are reasonable, advisable, expedient, convenient, proper, or necessary to effect the foregoing and/or any of the other matters set forth herein;

RESOLVED, that the Directors are authorized, directed, and empowered to execute, on behalf of the Company, the voluntary petition and all other documents necessary or appropriate in connection therewith;

RESOLVED, that EDWARD S. EASTLAND, who is among the Directors, is designated to serve as the authorized signatory for purposes of executing the voluntary petition and all other documents necessary or appropriate in connection therewith;

RESOLVED, that the Company is authorized, directed, and empowered to retain the law firm of Vartabedian Katz Hester & Haynes LLP to represent the Company, as debtor and debtor in possession, in connection with such bankruptcy case;

RESOLVED, that the Company is authorized, directed, and empowered to engage such other attorneys, financial advisors, accountants, and other professionals as it deems to be appropriate and/or continue the services of other attorneys, financial advisors, accountants, and other professionals that were previously engaged for the Company;

RESOLVED, that the Company, and its agents, representatives, and attorneys are authorized, empowered and directed to proceed as follows:

(a)     To file all schedules, statements of financial affairs, monthly operating reports, pleadings, motions, and other papers necessary or appropriate for such bankruptcy case;

(b)     To cause the Company to obtain debtor-in-possession financing or incur other indebtedness, whether secured or unsecured, as appropriate or advisable with respect to such bankruptcy case;

**RESOLUTIONS OF NATURAL FOUNTAINS PROPERTIES, INC. - Page 1 of 2**

(c) To cause the Company to use, transfer, or otherwise dispose of any part or all of its assets as appropriate or advisable with respect to such bankruptcy case;

(d) To propose, file, and confirm a plan of reorganization or plan of liquidation for the Company, containing such terms and other provisions that they may deem appropriate or advisable with respect to such bankruptcy case; and

(e) To perform all other acts in connection with respect to such bankruptcy case as are necessary or advisable;

RESOLVED, that the transactions contemplated herein, the execution and delivery of all other documents, and all other actions taken in connection therewith, are in the best interests of and will benefit the Company; and

RESOLVED, that the Company is authorized, directed, and empowered to take or cause to be taken any further action(s), execute and deliver any additional instruments and documents, and pay all fees and expenses as the Directors deem to be appropriate and advisable to fully carry out the intent of these Resolutions and accomplish their purposes.

Executed as of June 23, 2026.

**NATURAL FOUNTAINS PROPERTIES, INC.**

By: *Willetta A. Eastland*

Willetta A. Eastland, Director

*Richard G. Eastland, Jr.*

Richard G. Eastland, Jr., Director

*George A. Eastland*

George A. Eastland, Director

*Edward S. Eastland*

Edward S. Eastland, Director

**RESOLUTIONS OF NATURAL FOUNTAINS PROPERTIES, INC. - Page 2 of 2**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>CAMP MYSTIC, LLC, *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 26-_____<br><br>(Joint Administration Request<br> Forthcoming) |

**CONSOLIDATED CORPORATE INFORMATION STATEMENT PURSUANT TO
FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007(a)(1)(A) AND 7007.1**

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1)(A) and 7007.1, the Debtors disclose that there are no corporations that own, directly or indirectly, 10% or more of the equity interests in any Debtor.

Dated: June 23, 2026

Camp Mystic, LLC

By: */s/ Edward S. Eastland*
  Edward S. Eastland, Manager

Natural Fountains Properties, Inc.

By: */s/ Edward S. Eastland*
  Edward S. Eastland, Director

Mystic Camps Family Partnership, Ltd.

By: Mystic Camps Management, LLC, General Partner

  By: */s/ Edward S. Eastland*
   Edward S. Eastland, Manager

Mystic Camps Management, LLC

By: */s/ Edward S. Eastland*
  Edward S. Eastland, Manager

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Camp Mystic, LLC (4064), Natural Fountains Properties, Inc. (1414), Mystic Camps Family Partnership, Ltd. (9861), and Mystic Camps Management, LLC (9688). The location of the Debtors' service address for purposes of these chapter 11 cases is: 2689 Highway 39, Hunt, TX 78024.

1